IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAIN JOHN BRICE,

    Petitioner,

v.                                               CASE NO. 4:08-cv-00353-SPM-AK

MICHAEL B. MUKASEY, et al.,

    Respondents.
_____/

**O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Dwain John Brice.  Petitioner has paid the filing fee.  The Court has reviewed the petition, and pursuant to § 2243, the United States Attorney will be required to file an answer or other appropriate pleading to the petition.  Respondents shall address the issue of this Court's jurisdiction over this petition in the answer or response.  The Court will then determine whether an evidentiary hearing is required or, if not required, may dispose of the petition as justice requires.  28 U.S.C. § 2243.  Petitioner shall have a limited period of time to file a response, if desired.

Upon receipt of the answer and Petitioner's response, if any, the Court will review the file to determine whether an evidentiary hearing is required.  An evidentiary hearing will not be required unless consideration of disputed evidence outside the record appears necessary to the Court.  If it is determined that an evidentiary hearing is not required, the Court will make such

disposition of the petition as justice requires pursuant to § 2243.

Accordingly, it is **ORDERED**:

1.  The Clerk of Court shall furnish by certified mail, return receipt requested, a copy of the § 2241 petition, Doc. 1, and this order to the United States Attorney for this district, who shall file an answer as directed by this order on or before **October 14, 2008**, and a copy of the § 2241 petition to the Attorney General of the United States.

2.  Petitioner shall have until **November 14, 2008**, to file a response, if desired.

**DONE AND ORDERED** this  *11th*  day of August, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**